ACCEPTED
04-15-00338-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/10/2015 3:49:15 PM
KEITH HOTTLE
CLERK

No.    04-15-00338-CV

_____

**In the Fourth Court of Appeals**
**San Antonio, Texas**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/10/15 3:49:15 PM

KEITH E. HOTTLE
Clerk

_____

Arthur Butcher,


Appellant,


City of San Antonio, Acting By and Through Its Agent
City Public Service Board d/b/a CPS Energy,


Appellee,

_____


Appeal from the 408th Judicial District Court
Bear County, Texas

_____


**APPELLANT'S LATE FILED RESPONSE TO JULY 21, 2015 SHOW CAUSE ORDER**
**ON MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

_____


Samuel C. Beale
State Bar No. 01952380
5821 Southwest Freeway, Suite 416
Houston, Texas 77057-7526
(281) 664-6400
(281) 664-6423 (facsimile)

ATTORNEY FOR ARTHUR BUTCHER

No.

_____

**In the Fourth Court of Appeals**
**San Antonio, Texas**

_____

Arthur Butcher,

Appellant,

City of San Antonio, Acting By and Through Its Agent
City Public Service Board d/b/a CPS Energy,

Appellee,

Appellant's Late Filed Response to July 21, 2015 Show Cause Order On

Motion For Extension of Time to File Notice of Appeal

Appellant Arthur Butcher, pursuant to TRAP 26.1 files this late response to the Court's

July 21, 2015 Show Cause Order to show why Appellant did not file a Motion for Extension of

Time to File Notice of Appeal and respectfully shows the court the following:

1. Plaintiff's Counsel has received four separate notices from this Court in this case from July 1

through July 21, 2015.

2. Plaintiff's Counsel left his office on the afternoon of July 20, 2015 to travel to Plains, Texas

(on the New Mexico border) for a July 21, 2015 pre-trial court appearance in the 121st District

Court and was without internet connection from the end of the business day July 20, 2015 until

July 22, 2015. This counsel read the Court's July 20, 2015 notice in this case and believed that it had read all notices received in July 21, 2015; but, mistakenly, this counsel never read the July 21, 2015 notice until reviewing the Butcher case file on today, August 10, 2015. Please excuse this late response.

3. The Court in its July 21, 2015 Show Cause Order is in error when it states that Appellant failed to file a Motion to Extend Time to File Appeal (see Show Cause Order dated July 21, 2015).

4. On June 2, 2015, Appellant filed his Motion to Extend Time to File Notice of Appeal in electronic filing Envelope Number 5515777 (see Copy of ProDoceFiling 2 Filing Details attached as Exhibit A). For your convenience a copy of the Motion is attached as Exhibit B.

5. Further, on June 3, 2015, this Court accepted Appellant's Motion to Extend Time to File Notice of Appeal (see this Court Clerk's Filing Acceptance attached as Exhibit C).

THEREFORE, Appellant prays that the Court will recognize its error and withdraw is Show Cause Order dated July 21, 2015 in this case.

Respectfully submitted,

/S/      Samuel C. Beale
  SAMUEL C. BEALE
  ATTORNEY FOR APPPELLANT
  ARTHUR BUTCHER
  5821 SOUTHWEST FREEWAY, # 416
  HOUSTON, TEXAS 77057
 TEL: (713) 333-0505
  FAX: (281) 664-6423
  SBN: O1952380

## CERTIFICATE OF SERVICE

0n August 10, 2015 a copy of the attached Appellant's Late Filed Response to Show Cause Order July 21, 2015 was served on Respondent's Attorney of record by electronic filing notice to wit:

Christine Reinhard
Attorney for Appellee
17806 IH West, Suite 400
San Antonio, Texas 78257


/S/     Samuel C. Beale__
     Samuel C. Beale

# ProDoc® eFiling 2

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings        🖨 Print Page

**Filed Date & Time**

| Date: | Time: |
|---|---|
| Tuesday, June 02, 2015 | 4:12:06 PM |

| **Filing Status Definitions** | **Envelope Information** |
|---|---|

**Envelope Number:** 5515877
**Case Category:** Civil - Other Civil
**Cause Number:** 04-15-00338-CV
**Judge for the Case:** Not Available

**Court Assignment:** 4th Court of Appeals
**Case Type:** CIVIL
**Case Title:** Butcher v. City of SA

| **Envelope Fee** | **Est.Amount** | **Payment Information** |
|---|---|---|

**ProDoc, Inc. or other provider fee:**

| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |

**Court Fees:**

| Total Court Filing Fees | $195.00 |

**State eFiling System Processing Fees:**

| Convenience Fee | $5.73 |
| **Total Envelope Fees:** | **$203.98** |

**Payment Information**

**Account Name:** Beale AHI
**Payment Method:** Credit Card
**Credit Card Type:** VISA
**Card Number:** XXXX XXXX XXXX 7002
**Card Expiration Date:** 04/2017
**Transaction Amount:** $203.98
**Transaction Status:** Approved
**Transaction ID:** 9059589
**Transaction Order ID:** PaymentTransactionDetail

| **Personal Information** | **Service Recipients** |
|---|---|

**Filer:** Samuel Beale
**Attorney of Record:** Samuel Beale
**Firm or Organization:** Beale & Associates, P.C.
**Bar Number:** 1952380

| **Copy of Notice of Appeal** |
|---|

| **Filing Fees** | | **Filing Information** |
|---|---|---|
| Copy of Notice of Appeal | $195.00 | |
| **Total Filing Fees:** | **$195.00** | |

**Filing Information**

**Current Status:** ✓ accepted
**Accepted Date/Time:** 6/3/2015 8:40:45 AM
**Filing Description:** Motion to Extend Time To File Notice of Appeal
**Reference Number:** Butcher-A4
**Comments for Clerk:**

| **Document Information** |
|---|

**Document(s) Filed:**

**Lead Document:**

📄 Buthcher Mot Ext Time to File Not of Appeal.pdf **[Unknown case category]**     **Document Description:** Buthcher Mot Ext Time to File Not of Appeal.pdf

📄 Transmitted - Buthcher Mot Ext Time to File Not of Appeal.pdf **[Unknown case category]**     **Document Description:** Buthcher Mot Ext Time to File Not of Appeal.pdf

**Attachments:**

📄 Butcher Notice of Appeal (6-1-15).pdf **[Unknown case category]**     **Document Description:** Butcher Notice of Appeal (6-1-

15).pdf

Transmitted - Butcher Notice of Appeal (6-1-15).pdf [**Unknown case category**]                    **Document Description:** Transmitted - Butcher Notice of Appeal (6-1-15).pdf

-

---

This site and all contents Copyright ©2003-2015 Thomson Reuters. All rights reserved.

**Loading...**



**Samuel Beale <samuel.beale@gmail.com>**

---

# eFileTexas.gov – Filing Accepted - 5515877
1 message

---

**No-Reply@efiletexas.gov** <No-Reply@efiletexas.gov>        Wed, Jun 3, 2015 at 8:40 AM
To: samuel.beale@gmail.com

---



# Filing Accepted
Envelope Number: **5515877**

The filing below was reviewed and has been accepted by the clerks office. Be sure to click the link below to retrieve your file stamped copy of the document filed.

| Filing Details | |
|---|---|
| **Court** | Courts of Appeals |
| **Case Number** | 04-15-00338-CV |
| **Case Style** | Butcher v. City of SA |
| **Date/Time Submitted** | 6/2/2015 4:12:09 PM |
| **Date/Time Accepted** | 6/3/2015 8:40:45 AM |
| **Accepted Comments** | |
| **Filing Type** | Copy of Notice of Appeal |
| **Activity Requested** | EFile |
| **Filed By** | Samuel Beale |

| Document Details | |
|---|---|
| **Lead File** | Buthcher Mot Ext Time to File Not of Appeal.pdf |
| **Lead File Page Count** | 8 |
| **File Stamped Copy** | https://efile.txcourts.gov/ViewDocuments.aspx?FID=a53922e0-a49f-46e1-b0d6-be251db60056<br>This link is active for 35 days. |

| Contact your service provider with any questions |
|---|
|       Online: https://prodocefile.com<br>Phone: (800) 759-5418<br>Available 24x7 and online with chat |

Please do not reply to this email. It was generated automatically by eFileTexas.gov

No.

_____

**In the Fourth Court of Appeals
San Antonio, Texas**

_____

Arthur Butcher,

Appellant,

City of San Antonio, Acting By and Through Its Agent
City Public Service Board d/b/a CPS Energy,

Appellee,

_____

Appeal from the 408th Judicial District Court
Bear County, Texas

_____

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

_____

Samuel C. Beale
State Bar No. 01952380
5821 Southwest Freeway, Suite 416
Houston, Texas 77057-7526
(281) 664-6400
(281) 664-6423 (facsimile)

ATTORNEY FOR ARTHUR BUTCHER

No.

_____

## In the Fourth Court of Appeals
## San Antonio, Texas

_____

Arthur Butcher,

Appellant,

City of San Antonio, Acting By and Through Its Agent
City Public Service Board d/b/a CPS Energy,

Appellee,

_____

Motion For Extension of Time to File Notice of Appeal

_____

Appellant Arthur Butcher, pursuant to TRAP 26.3 moves the Court for Extension of Time

to File Notice of Appeal Cause No. 2013-CI-05172; *Arthur Butcher v. CPS Energy;* 408th

Judicial District, Bexar County, Texas and respectfully shows the court the following:

1.) The deadline to file Appellant's Notice of Appeal was May 27, 2015.

2.) Appellant's counsel believed that the deadline to file Appellant's Motion for New Trial

and/or Notice of Appeal was June 1, 2015. Judge John D. Gabriel in the 131st District Court,

Bexar County, Texas heard Appellee's (Defendant's) Motion for Summary Judgment and

Objections to Appellant's (Plaintiff's) Response in Opposition to Defendant's Motion for

Summary Judgment on April 1, 2015. On May 1, 2015, the 131st District Court first notified

Plaintiff's Counsel (Appellant's Counsel), by fax, of its order to sustain defendant's objections to plaintiff's responses in opposition to summary judgment and its order granting summary judgment to defendant (appellee). The Fax Cover page is Dated May 1, 2015; but, the Order is dated April 27, 2015 (see Fax in its entirety attached as Exhibit A).

3.) At the time the trial court sent its notice of the Order to grant Summary Judgment to the Defendants, Plaintiff's Counsel was in trial in Conroe, Texas (May 1, 2015). When, Plaintiff's Counsel returned to his Houston, Texas office late in the day on Friday, May 1, 2015, he attempted to notify Plaintiff Arthur Butcher by email concerning the Order. On May 7, 2015, Plaintiff's Counsel spoke to Butcher by telephone and forwarded the order with Fax Cover to Butcher by Email. In his oral communication on May 7, 2015 and at all times thereafter, Plaintiff's Counsel mistakenly communicated and believed that the deadline to file a Motion for New Trial and/or file a Notice of Appeal in this case was June 1, 2015.

4.) Plaintiff is a sole practitioner since the end of July 2014. He has been engaged in four (4) separate trials since May 1, 2015 including an adversary trial in the Bankruptcy Court in the Southern District of Texas, Houston Division from May 18, 2015 which may not finish until June 2 or June 3, 2015. In addition to the trials, Plaintiff's Counsel has been scheduled to trials and pre-trial appearances in San Antonio, Georgetown and Plains, Texas. Further, he has been without the services of all of his Houston office assistants since May 15, 2015.

5.) Appellant's Counsel had arranged with Appellant Butcher to review with him on Tuesday, May 26, 2015, Plaintiff's Motion for New Trial in the case below. Nevertheless, Appellant's Counsel was caught in the Monday, May 25, 2015, Houston, Texas area flooding. At 8:30 p.m., Plaintiff's Counsel was driving in Houston, Texas eastbound on Memorial Street near Loop 610

and the Memorial Park. Plaintiff's Counsel and his wife were overcome by an unexpected flood of water on this major street which is not known to be prone to flooding. The car that Plaintiff's Counsel was driving died in almost four (4) feet of water and Plaintiff's Counsel and his wife were stranded in the Memorial Street area and unable to get to their residence in the northwest part of Houston from 8:30 p.m. until nearly 5:00 p.m. Tuesday, May 26, 2015.

6.) If Plaintiff's Counsel had been able to work on the proposed Motion for New trial as he had scheduled to do with his client on May 26, 2015, Plaintiff's Counsel would have recognized his mistake about the date of the Summary Judgment Order, and Plaintiff would have timely filed his Motion for New Trial on May 26, 2015 or not later than May 27, 2015.

7.) Appellant's Notice of Appeal has been electronically filed in the trial court in Bexar County, Texas on today, June 1, 2015 which date is within 15 days of the deadline to file a Notice of Appearance in this case.

THEREFORE, Appellant prays for this Court to Extend the Time to File Notice of Appeal in this case.

Respectfully submitted,

/S/      Samuel C. Beale
SAMUEL C. BEALE
ATTORNEY FOR APPPELLANT
ARTHUR BUTCHER
5821 SOUTHWEST FREEWAY, # 416
HOUSTON, TEXAS 77057
TEL: (713) 333-0505
FAX: (281) 664-6423
SBN: 01952380

## CERTIFICATE OF CONFERENCE

Appellant's counsel telephoned the office of Apellee's Counsel, Schmoyer Reinhard LLP and attempted to speak with co-counsel, Justin Barbour, at (210) 447-8033 ext. 105 at 5:46 p.m. on June 1, 2015. His office was closed and I reached his voice mail and left him a message about this motion. Since, no communication from that office reached Appellant's Counsel before filing this motion, this counsel believes the motion is opposed.


/S/_____Samuel C. Beale__
Samuel C. Beale

## CERTIFICATE OF SERVICE

On June 1, 2015 a copy of the attached Motion for Extension of Time to File Notice of Appeal was sent by facsimile transmission after 5:00 p.m. local time and also by e-filing notification, to wit:

> Christine Reinhard
> Attorney for Appellee
> 17806 IH West, Suite 400
> San Antonio, Texas 78257
> (210) 447-8036 (fax)
>
> Justin Barbour
> Attorney for Appellee
> 17806 IH West, Suite 400
> San Antonio, Texas 78257
> (210) 447-8036 (fax)


/S/_____Samuel C. Beale__
Samuel C. Beale



# JUDGE JOHN D. GABRIEL
# 131ST DISTRICT COURT

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| **SAMUEL BEALE** | **CINDIE RIVERA FLORES, CLERK** |
| FAX NUMBER: | DATE: |
| **281.664.6423** | **MAY 1, 2015** |
| COMPANY: | TOTAL NO. OF PAGES INCLUDING COVER: |
| **ATTORNEY AT LAW** | **3** |

RE: #2013CI-05172
ARTHUR BUTCHER vs. CITY OF SAN ANTONIO etal

*IF YOU HAVE ANY PROBLEMS OR QUESTIONS REGARDING THIS FACSIMILE, PLEASE CALL CYNTHIA R. FLORES, CLERK OF THE 131ST DISTRICT COURT, BEXAR COUNTY, TEXAS AT (210) 335-2521. THANK YOU.*

A hearing was held in the 131st District Court before Judge John D. Gabriel on April 1, 2015; The judge ruled on this Plea to the Jurisdiction or in the alternative Traditional No Evidence Summary Judgment as follows:

[RECORD TAKEN BY: LETITIA "TISH" MONCIVAIS]

➤ **MOTION FOR SUMMARY JUDGMENT:**                    **GRANTED**
  1. Objections – SUSTAINED

*(SEE ATTACHED JUDGE'S NOTES & SIGNED ORDER)*

If you have any questions regarding this matter, please feel free to contact me at (210) 335-2521.

Thanks,

Cindie Rivera Flores

APPELLANT's

**EXHIBIT**

tabbies'

A

*Gabriel 4th F1*

# JUDGE'S NOTES



2013CI05172 -P00028

CAUSE NO.: 2013CI05172

COURT: 408    DATE/TIME: 04/01/2015 08:30AM

SETTING COURT: 109

STYLE: ARTHUR BUTCHER
VS. CITY OF SAN ANTONIO ET AL

DISCOVERY LEVEL: 3

ATTORNEY(S) FOR CASE:

SAMUEL BEALE                    CHRISTINE REINHARD



FILED
_____O'CLOCK_____M

APR   1 2015
DONNA KAY McKINNEY
District Clerk, Bexar County, Texas

Cynthia R. Flores

TYPE OF MOTION OR APPLICATION:
NON-JURY PLEA TO THE JURISDICTION OR IN THE ALTERNATIVE TRADITIONAL NO EVIDENCE

CONFERRING_____ ESTIMATE HEARING TIME_____

AGREED ORDER_____ ASSIGNED COURT_____

DROP_____ RECORD TAKEN_____

INTERPRETER_____ RESET DATE_____TIME_____

DATE OF NOTES __4/1/15__

JUDGE INITIALS____

RECORD TAKEN
Letitia "Tish" Moncivais
131st District Court
210/335-2521

Plea to Jurisdiction / alternative S/J

4/27/15 Motion for summary judgment granted
(objections sustained)
Order signed

---

PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE          (DK510A)



2013CI05172 -0408

CAUSE NO. 2013-CI-05172

| | | |
|---|---|---|
| ARTHUR BUTCHER, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | 408th JUDICIAL DISTRICT |
| THE CITY OF SAN ANTONIO, ACTING | § | |
| BY AND THROUGH ITS AGENT CITY | § | |
| PUBLIC SERVICE BOARD d/b/a | § | |
| CPS ENERGY, | § | |
| | § | |
| *Defendant.* | § | BEXAR COUNTY, TEXAS |

## ORDER GRANTING DEFENDANT'S RULE 166 TRADITIONAL & NO EVIDENCE MOTION FOR SUMMARY JUDGMENT

On this date, the Court considered Defendant CPS Energy's Rule 166 Traditional & No Evidence Motion for Summary Judgment. After careful consideration of the Motion, any response thereto, arguments of counsel, and the relevant law and evidence, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant CPS Energy's Rule 166 Traditional & No Evidence Motion for Summary Judgment is GRANTED, and Plaintiff's claims are dismissed with prejudice in their entirety.

It is further ORDERED that all costs of court shall be taxed against the Plaintiff.

SIGNED on this __27__ day of __April__, 2015.

PRESIDING JUDGE

**JOHN D. GABRIEL**